JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY BROWN, | ) | No. CV 15-2162 DDP (FFM) |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| COUNTY OF LOS ANGELES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 29, 2019

_____
DEAN D. PREGERSON
United States District Judge