UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 03 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY BROWN, Sr.,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>COUNTY OF LOS ANGELES; et al.,<br><br>        Defendants - Appellees. | No. 19-55218<br><br>D.C. No. 2:15-cv-02162-DDP-FFM<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

      The judgment of this Court, entered November 25, 2020, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7