Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Christina Gasparian, State Bar No. 322621
E-Mail: cgasparian@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants COUNTY OF LOS ANGELES and LEROY D. BACA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY BROWN, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, SHERIFF LEROY D. BACA, UNDERSHERIFF PAUL TANAKA, CAPTAIN WILLIAM CAREY, LIEUTENANT GREGORY THOMPSON, LIEUTENANT STEPHEN LEAVINS, SERGEANT SCOTT CRAIG, SERGEANT MARCIELLA LONG, DEPUTY GERARD SMITH, DEPUTY MICKEY MANZO, DEPUTY JAMES SEXTON, individually and in their official capacities, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV15-02162 DDP (E) <br><br> [Assigned to Judge Charles F. Eick Courtroom "750"] <br><br> **DEFENDANTS, COUNTY OF LOS ANGELES AND LEROY D. BACA'S NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE ORAL DEPOSITION OF PLAINTIFF; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF THOMAS C. HURRELL, ESQ.** <br><br> *[File Concurrently with [Proposed] Order]* <br><br> **Date: May 28, 2021** <br> **Time: 9:30 a.m.** <br> **Courtroom: 750** |

/ / /

/ / /

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that DEFENDANTS, COUNTY OF LOS ANGELES AND LEROY D. BACA, by and through their counsel of record, hereby move to this Honorable Court for an Order granting leave to take the deposition of plaintiff, ANTHONY BROWN pursuant to F.R.C.P 30(a)(2)(B).

Plaintiff is currently incarcerated in Mule Creek State Prison and his deposition is tentatively scheduled for **June 10, 2021 at 11:00 a.m.** via videoconference or some other remote means. This date has been held by Litigation Coordinator, Donna Rock, at Mule Creek State Prison.

This Motion is based upon this Notice of Motion, the grounds stated in the motion and the attached Memorandum of Points and Authorities in support thereof, the attached Declaration of Thomas C. Hurrell, Esq. ("Hurrell Decl."), all pleadings, records on file herein, all matters of which the Court may take judicial notice, and upon such oral and documentary evidence as may be presented at the hearing on this Application, should the court order such a hearing.

This motion is exempt from the conference of counsel under Local Rule 7-3 as the plaintiff is appearing *in propria persona*.

DATED: April 23, 2021          HURRELL CANTRALL LLP

By: _____
THOMAS C. HURRELL
Attorneys for Defendants COUNTY OF LOS ANGELES and LEROY D. BACA

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

### A. Factual Background.

This matter arises out of Plaintiff, ANTHONY BROWN's allegations that while he was in custody of the Los Angeles County Sheriff's Department in August and September 2011, defendants violated his constitutional rights. Specifically, he alleges that while he was housed at the Los Angeles County jail facilities, the defendants became aware he was an informant for the FBI in its investigation into corruption and abuse, and in an effort to conceal him from the FBI, the defendants allegedly isolated, covertly transferred him throughout the jail system, and changed his identity. Plaintiff claims that in doing so, the defendants acted with deliberate indifference, deprived him of necessary medical care, and subjected him to excessive force.

### B. Procedural Background.

Plaintiff filed his Complaint in the instant matter on March 24, 2015. His Complaint alleges six claims for relief, including (1) violation of the Eighth Amendment against cruel and unusual punishment under 42 U.S.C. § 1983, (2) municipal and supervisory liability under 42 U.S.C. § 1983, (3) failure to provide medical care under 42 U.S.C. § 1983, (4) violation of the First Amendment under 42 U.S.C. § 1983, (5) violation of the Rehabilitation Act of 1973 under 29 U.S.C. § 701 et seq., and (6) civil conspiracy under 42 U.S.C. § 1983.

This matter was stayed between June 17, 2015 to June 2, 2016, pending the resolution of two related criminal matters filed against defendants former UNDERSHERIFF PAUL TANAKA and CAPTAIN WILLIAM CAREY in the case entitled *United States of America v. Tanaka, et al.*, Case No. CR15-0255, in the United States District Court for the Central District of California.

On January 11, 2017, Defendants jointly filed a Motion for Judgment on the Pleadings contesting Plaintiff's time-barred claims outside the applicable California

limitations period. (*See* ECF No. 55.)  On January 29, 2019, the District Court (Hon. Dean D. Pregerson) adopted the Magistrate Judge's Report and Recommendation, and Judgment dismissing the case with prejudice was entered on the same day. (*See* ECF Nos. 90, 91.)  On February 19, 2019, Plaintiff filed an appeal, and on March 15, 2019, an Order on  Motion for Leave to Appeal was granted. (*See* ECF No. 95.)

On November 25, 2020, the Ninth Circuit Court of Appeal reversed the defense judgment and remanded the case. (*See* U.S. Court of Appeals for the Ninth Circuit Case No. 19-55218, Dkt. No. 81-1.)  On December 9, 2020, Defendants jointly petitioned seeking a rehearing of the panel's decision reversing the Ninth Circuit judgment against Plaintiff-Appellant.  (*See id*., Dkt. 82.)  It was not until January 26, 2021 when the petition for panel rehearing or rehearing en banc was denied.  (*See id*., Dkt. 84.)  On February 3, 2021, the formal mandate was issued by the Ninth Circuit pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. (*See id*., Dkt. 85, ECF No. 103.)

On February 5, 2021, the present matter was reassigned to Magistrate Judge Hon. Charles F. Eick. (*See* ECF No. 104.)  On March 22, 2021, a scheduling order was entered regarding discovery cut-off dates and dates for filing motions. (*See* ECF No. 117.)

On April 23, 2021, Defendants filed a Joint Application to Modify the Scheduling Order and Extend the discovery cut-off dates and dates for filing motions. (*See* ECF No. 119.)  This Application is currently pending before the Court.

**C.    Relief Requested.**

Defendants, County of Los Angeles and Leroy D. Baca, seek to take Plaintiff's deposition on June 10, 2021 via videoconference.  However, given that Plaintiff is incarcerated in Mule Creek State Prison, Defendants must seek leave of court pursuant to Federal Rules of Civil Procedure 30(2)(B).

To date, Plaintiff is proceeding *in propria persona*.  However, Defendants'

-4-

counsel, Thomas C. Hurrell has been informed by Stewart Miller, Plaintiff's Ninth Circuit attorney for the underlying action, that plaintiff is presently in the process of assembling a team of attorneys to represent him in the present action. (Hurrell Decl. ¶ 3.) One of his prospective attorneys, Paul Kiesel, who has contacted Mr. Hurrell to discuss this matter, is aware that Defendants wish to take Plaintiff's deposition. (*Id.* ¶ 4.)

In fact, Mr. Kiesel advised that Donna Rock, Litigation Coordinator at Mule Creek State Prison, would assist with the scheduling of Plaintiff's deposition, but she cannot proceed until there is a court order for same. (*Id.*) On April 23, 2021, Defendants' counsel's office spoke with Donna Rock via telephone conference to discuss potential deposition dates for Plaintiff. (*Id.*) Given that there is a mediation scheduled in this matter for June 15, 2021, the earliest available date that Defendants could depose plaintiff is June 10, 2021. (*Id.* ¶ 5.) The tentative deposition date of June 10, 2021 will only proceed if this Court grants Defendants' Order seeking leave to take Plaintiff's deposition. (*Id.*)

## II. THE COURT SHOULD GRANT LEAVE TO DEPOSE PLAINTIFF WHO IS IN CUSTODY

Federal Rules of Civil Procedure 30(2)(B) provides that a party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be deposed is in prison. *Fed. R. Civ. P.* 30(a)(2)(B). As discussed below, the circumstances of this case satisfy the standards of Rule 30(a)(2)(B).

Granting leave to take the deposition of Plaintiff would fully comport with Rule 26(b)(2) . *Fed. R. Civ. P.* 26(b)(2). Plaintiff's testimony will be essential to a fair adjudication of the underlying action. Plaintiff has not been deposed yet and his deposition is undoubtedly germane to the issues in this case. Mr. Brown is not only a plaintiff in the underlying action, but is also a witness with personal knowledge of the pertinent facts that are crucial to defendants' defenses. Plaintiff's testimony is

1 | extremely important to assess the viability of his claims, and thereafter, prepare for
2 | the June 15, 2021 mediation in this matter. Defendants have brought the instant
3 | motion to ensure that the plaintiff's deposition is taken in a timely fashion to allow
4 | defendants to obtain necessary information in order to participate in a meaningful
5 | mediation and adequately prepare for trial.

6 |     In order to ensure that Plaintiff's deposition will go forward in a timely
7 | manner and in a manner conducive to the convenience of the prison authorities and
8 | the parties in this action, defendants request that the Court grant this Motion for
9 | leave to take plaintiff's deposition.

### III. CONCLUSION

    For these reasons set forth above, Defendants respectfully request that the Court grant leave to take the deposition of Plaintiff, Anthony Brown, who is incarcerated and appearing in the underlying action *in propria persona*, and that it take place in Mule Creek State Prison via videoconference on June 10, 2021, or any other date that is convenient with all parties in this matter.

DATED: April 23, 2021        HURRELL CANTRALL LLP

By: /s/ Thomas C. Hurrell
THOMAS C. HURRELL
Attorneys for Defendants COUNTY OF
LOS ANGELES and LEROY D. BACA

-6-

## DECLARATION OF THOMAS C. HURRELL

I, Thomas C. Hurrell, declare:

1. I am an attorney duly licensed to practice before this Court and am a partner of Hurrell Cantrall LLP, attorneys of record for defendants COUNTY OF LOS ANGELES and LEROY D. BACA herein. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2. I make this declaration on behalf of defendants COUNTY OF LOS ANGELES and SHERIFF LEROY D. BACA in support of their Motion Seeking Leave to Depose Plaintiff, Anthony Brown who is confined in prison.

3. To date, Plaintiff is proceeding *in propria persona*. However, Defendants' counsel, Thomas C. Hurrell has been informed by Stewart Miller, Plaintiff's Ninth Circuit attorney for the underlying action, that plaintiff is presently in the process of assembling a team of attorneys to represent him in the present action.

4. One of his prospective attorneys, Paul Kiesel, who has contacted Mr. Hurrell to discuss this matter, is aware that Defendants wish to take Plaintiff's deposition. In fact, Mr. Kiesel advised that Donna Rock, Litigation Coordinator at Mule Creek State Prison, would assist with the scheduling of Plaintiff's deposition, but she cannot proceed until there is a court order for same. On April 23, 2021, Defendants' counsel's office spoke with Donna Rock via telephone conference to discuss potential deposition dates for Plaintiff.

5. Given that there is a mediation scheduled in this matter for June 15, 2021, the earliest available date that Defendants could depose plaintiff is June 10, 2021. The tentative deposition date of June 10, 2021 will only proceed if this Court grants Defendants' Order seeking leave to take Plaintiff's deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

-7-

Executed on April 23, 2021, at Los Angeles, California.

_____
Thomas C. Hurrell

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 300 South Grand Avenue, Suite 1300, Los Angeles, California 90071.

On April 26, 2021, I served true copies of the following document(s) described as **DEFENDANTS, COUNTY OF LOS ANGELES AND LEROY D. BACA'S NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE ORAL DEPOSITION OF PLAINTIFF; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF THOMAS C. HURRELL, ESQ.,** on the interested parties in this action as follows:

Anthony Brown  *Plaintiff in Pro Se*
CDC V-79273
Facility C - 15 - Cell 216
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hurrell Cantrall's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 26, 2021, at Los Angeles, California.

Edilma Olivares