Paul R. Kiesel, State Bar No. 119854
  *kiesel@kiesel.law*
Ashley Conlogue, State Bar No. 292083
  *conlogue@kiesel.law*
Stephanie M Taft, State Bar No. 311599
  *taft@kiesel.law*
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:  310-854-0812

Attorneys for Plaintiff ANTHONY BROWN

Thomas C. Hurrell, State Bar No. 119876
  *thurrell@hurrellcantrall.com*
Christina Gasparian, State Bar No. 322621
  *cgasparian@hurrellcantrall.com*
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants COUNTY OF LOS ANGELES and LEROY D. BACA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ANTHONY BROWN,<br><br>          Plaintiff,<br>    v.<br><br>COUNTY OF LOS ANGELES, SHERIFF LEROY D. BACA, UNDERSHERIFF PAUL TANAKA, CAPTAIN WILLIAM CAREY, LIEUTENANT GREGORY THOMPSON, LIEUTENANT STEPHEN LEAVINS, SERGEANT SCOTT CRAIG, SERGEANT MARCIELLA LONG, DEPUTY GERARD SMITH, DEPUTY MICKEY MANZO, DEPUTY JAMES SEXTON, individually and in their official capacities, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:15-cv-02162-DDP-E<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 40-2 of the Local Rules of the Central District of California for the United States District Court, the parties jointly provide notice that the foregoing case has been settled as to all parties as of June 15, 2021. However, complete resolution of the matter is contingent upon final approval by the County of Los Angeles Claims Board and County of Los Angeles Board of Supervisors, which could take up to six months. Pending approval of the settlement, the parties respectfully request that all currently scheduled hearing and trial dates be vacated.

Upon approval of the settlement, the parties will file a full dismissal of the above captioned action. In the event this settlement is not approved by the above-referenced entities, the parties will inform the Court so that a new trial date and related deadlines may be set.

DATED: August 9, 2021                **KIESEL LAW LLP**

By: _____ */s/ Stephanie M. Taft* _____
Paul R. Kiesel, Esq.
Ashley Conlogue, Esq.
Stephanie M. Taft, Esq.

**ERVIN COHEN & JESSUP LLP**
Geoffrey M. Gold, Esq.
Jason L. Haas, Esq.

**LAW OFFICE OF STUART MILLER**
Stuart M. Miller, Esq.

Attorneys for Plaintiff ANTHONY BROWN

**ADDITIONAL SIGNATURES ON NEXT PAGE**

| | | |
|---|---|---|
| DATED: August 4, 2021 | **HURRELL CANTRALL LLP** | |
| | By: */s/ Christina Gasparian* | |
| | Thomas C. Hurrell, Esq. | |
| | Christina Gasparian, Esq. | |
| | Attorneys for Defendants COUNTY OF LOS ANGELES and LEROY D. BACA | |
| DATED: August 5, 2021 | **SEKI NISHIMURA & WATASE LLP** | |
| | By: */s/ Gilbert Nishimura* | |
| | Gilbert Nishimura | |
| | Attorneys for Defendant DEPUTY JAMES SEXTON | |
| DATED: August 4, 2021 | **LAWRENCE BEACH ALLEN & CHOI, P.C.** | |
| | By: */s/ Paul Beach* | |
| | Paul Beach | |
| | Attorneys for Defendants UNDERSHERIFF PAUL TANAKA and CAPTAIN WILLIAM CAREY | |
| DATED: August 4, 2021 | **COLLINS COLLINS MUIR + STEWART LLP** | |
| | By: */s/ David C. Moore* | |
| | Tomas A. Guterres | |
| | David C. Moore | |
| | Attorneys for Defendants LIEUTENANT GREGORY THOMPSON, LIEUTENANT STEPHEN LEAVINS, SERGEANT SCOTT CRAIG, SERGEANT MARICELA LONG, DEPUTY GERARD SMITH, and DEPUTY MICKEY MANZO | |