Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Christina Gasparian, State Bar No. 322621
E-Mail: cgasparian@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants COUNTY OF LOS ANGELES and LEROY D. BACA

Paul R. Kiesel, State Bar No. 119854
E-Mail: kiesel@kiesel.law
Ashley Conlogue, State Bar No. 292083
E-Mail: conlogue@kiesel.law
Stephanie M. Taft, State Bar No. 311599
E-Mail: taft@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

Attorneys for Plaintiff ANTHONY BROWN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, SHERIFF LEROY D. BACA, UNDERSHERIFF PAUL TANAKA, CAPTAIN WILLIAM CAREY, LIEUTENANT GREGORY THOMPSON, LIEUTENANT STEPHEN LEAVINS, SERGEANT SCOTT CRAIG, SERGEANT MARCIELLA LONG, DEPUTY GERARD SMITH, DEPUTY MICKEY MANZO, DEPUTY JAMES SEXTON, individually and in their official capacities, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:15-cv-02162 DDP (Ex)<br><br>[Assigned to Judge Dean D. Pregerson Courtroom "9C"]<br><br>**NOTICE OF JOINT REQUEST TO CONTINUE ORDER TO SHOW CAUSE RE DISMISSAL** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The parties hereby jointly request that the Order to Show Cause ("OSC") hearing regarding dismissal, presently set for September 20, 2021, at 10:00 a.m. be continued to a date sometime on or after January of 2022. On August 9, 2021, the parties jointly filed a Notice of Settlement informing the Court that the case settled as to all parties as of June 15, 2021. The Court, thereafter, set a hearing on an Order to Show Cause Re: Dismissal for September 20, 2021. However, given that complete resolution of the matter is contingent upon final approval of the settlement by the County of Los Angeles Claims Board and County of Los Angeles Board of Supervisors, this extensive process could take up to six months or longer. The following is a summary of the final settlement approval process.

Various documents are prepared in preparation for presentation of the proposed settlement to the Los Angeles County Claims Board. These documents include the analysis of the County Counsel's Office and a Corrective Action Plan ("CAP") prepared by the Sheriff's Department. Plaintiff must also execute the Settlement Agreement and Release before the proposed settlement may be presented to the Claims Board.

Upon approval by the Claims Board, the proposed settlement proceeds to the Public Safety Cluster for a closed session discussion with Justice Deputies from each of the Board offices. If the settlement is recommended by the Public Safety Cluster, it is thereafter sent to the Board of Supervisors and placed on the agenda for final approval during a regularly scheduled Board meeting. This process is well under way, though Plaintiff has recently executed the Settlement Agreement and Release as of August 19, 2021. Following approval of the settlement by the Board of Supervisors, the parties will file a full dismissal of the above-captioned matter.

Thus, for the foregoing reasons, the parties jointly request a continuance of the Order to Show Cause Hearing Re: Dismissal for a date on or after January of

2022.

DATED: August 20, 2021              **HURRELL CANTRALL LLP**

By: */s/ Christina Gasparian*
    THOMAS C. HURRELL
    Attorneys for Defendants COUNTY OF
    LOS ANGELES and LEROY D. BACA

DATED: August 20, 2021              **KIESEL LAW LLP**

By: */s/ Stephanie M. Taft*
    PAUL R. KIESEL
    ASHLEY CONLOGUE
    STEPHANIE M. TAFT

    **ERVIN COHEN & JESSUP LLP**
    Geoffrey M. Gold, Esq.
    Jason L. Haas, Esq.

    **LAW OFFICE OF STUART MILLER**
    Stuart M. Miller, Esq.

    Attorneys for Plaintiff ANTHONY BROWN

DATED: August 20, 2021              **SEKI NISHIMURA & WATASE LLP**

By: */s/ Gilbert Nishimura*
    GILBERT NISHIMURA
    Attorneys for Defendant DEPUTY JAMES SEXTON

| | | |
|---|---|---|
| DATED: August 20, 2021 | | **LAWRENCE BEACH ALLEN & CHOI, P.C.** |
| | By: | */s/ Paul Beach* |
| | | PAUL BEACH |
| | | Attorneys for Defendants |
| | | UNDERSHERIFF PAUL TANAKA and CAPTAIN WILLIAM CAREY |
| | | |
| DATED: August 20, 2021 | | **COLLINS COLLINS MUIR + STEWART LLP** |
| | By: | */s/ David C. Moore* |
| | | TOMAS A. GUTERRES |
| | | DAVID C. MOORE |
| | | Attorneys for Defendants LIEUTENANT GREGORY THOMPSON, LIEUTENANT STEPHEN LEAVINS, SERGEANT SCOTT CRAIG, SERGEANT MARICELA LONG, DEPUTY GERARD SMITH, and DEPUTY MICKEY MANZO |

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000